## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:14 cr 107 |
| | ) | |
| v. | ) | ORDER SEALING |
| | ) | INFORMATION |
| DOMINIC SMITH | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Motion to Seal and this Order and Bill of Information, Plea Agreement, any other document filed in this case, and the Summons be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the Motion to Seal and this Order, Bill of Information, Plea Agreement, any other document filed in this case, and the Summons be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 3rd day of June, 2014.

_____
DAVID S. KEESLER
UNITED STATES MAGISTRATE JUDGE