**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:14-CR-107-RJC-DCK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **WRIT OF EXECUTION** |
| | ) | |
| **DOMINIC SMITH,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

TO THE UNITED STATES MARSHAL AND NAVY FEDERAL CREDIT UNION:

A judgment was entered on October 22, 2015 (Document Nos. 27, 29) in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against Defendant, Dominic Smith, whose last known address is XXXXXXXXXXXX, Cherry Hill, NJ XXXXX, in the sum of $724,508.79. The balance on the account as of February 8, 2024, is $700,729.22.

The Government's "Application For Writ Of Execution" (Document No. 52) has alleged the fraudulent conveyance of funds in the amount of $82,946.49 transferred from Defendant to Defendant's wife or estranged wife, Kiara S. Smith, after closing the sale of their marital property in Douglasville, Georgia. As a record owner and joint tenant of said property, Defendant's one-half interest in the net sale proceeds is subject to the Government's judgment lien. See 18 U.S.C. § 3613(c).

YOU ARE HEREBY COMMANDED pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 3203 to satisfy the judgment by levying and/or executing on property, and Navy Federal Credit Union

is commanded to turn over property, in a timely manner and no later than ninety (90) days after the date of the issuance of this Writ of Execution, in which Defendant, Dominic Smith, Social Security Number XXX-XX-6499, has a substantial nonexempt interest, the property being funds in the amount of $82,946.49 located in the Navy Federal Credit Union Member Savings account ending in -8363 held in the name of Kiara S. Smith, and located at the following address:

NAVY FEDERAL CREDIT UNION
ATTN: SUBPOENA/LEGAL PROCESSING UNIT
P.O. BOX 3000
MERRIFIELD, VA 22119

YOU ARE FURTHER COMMANDED to turn over the levied property in the amount of $82,946.49 to the United States Clerk of Court. The payment must be mailed to:

UNITED STATES DISTRICT CLERK OF COURT
ATTN: FINANCE DEPARTMENT
401 WEST TRADE STREET
CHARLOTTE, NC 28202

To ensure that the payment is credited properly, the following information should be included on the check: Defendant Dominic Smith; Court Number DNCW3:14CR107.

YOU ARE FURTHER COMMANDED that the levy shall not exceed property reasonably equivalent in value to the balance on the account of $700,729.22.

**SO ORDERED**.        Signed: March 1, 2024

_____
David C. Keesler
United States Magistrate Judge